FILED ____ ENTERED
LODGED ____ RECEIVED

JAN 2 3 2008   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

**08-CV-00103-CMP**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EXPRESS PACIFIC, LLC, a Washington company, )
                              Plaintiff, )
)
v. )
)
IDK Company Ltd, a Russian company, )
)
                           Defendant. )
)
)

AT LAW AND IN ADMIRALTY

No. **C 08 - 0103** MAT

**COMPLAINT FOR BREACH OF CONTRACT**

COMES NOW plaintiff Express Pacific, LLC ("Express Pacific"), by and through its attorneys, Harris & Moure, pllc, and for verified claims against defendant IDK Company Ltd. ("IDK"), alleges as follows:

## I. PARTIES

1.   Plaintiff Express Pacific is a Washington company with its principal place of business in Seattle, Washington.

2.   Defendant IDK is a Russian Company with its principal place of business in Yuzhno-Sakhalinsk, Russia.

COMPLAINT FOR BREACH
OF CONTRACT - 1

ORIGINAL

**Harris & Moure**
*A Professional Limited Liability Corporation*
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone: (206) 224-5657
Fax: (206) 224-5659

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## II.  JURISDICTION

3.    This is a case of admiralty and maritime jurisdiction pursuant to 28 U.S.C. §1333, and is an admiralty and maritime claim within the meaning of Federal Rule of Civil Procedure 9(h). The Court also has jurisdiction pursuant to the general maritime law and 28 U.S.C. §1332, and diversity of the parties makes venue proper pursuant to 28 U.S.C. §1391(c).

4.    This Court has personal jurisdiction over defendant IDK because the contracts being sued upon were negotiated in Washington and the acts complained of occurred in Washington. Additionally, IDK expressly consented to this Court's jurisdiction in a series of contracts it entered into with plaintiff Express Pacific, true and correct copies of which are attached hereto as **Exhibit A**.

## III.  FACTUAL BACKGROUND

5.    Express Pacific is a commercial supplier of marine bunker fuel for fishing fleets around the world. Express Pacific developed a relationship with IDK for the supply of bunker fuel to vessels managed by IDK in the Russian Far East, Japanese waters, and Korean waters.

6.    On or about April 6, 2007, Express Pacific delivered $121,000.00 of fuel to IDK, pursuant to contract. True and correct copies of the invoice and fuel confirmation for this delivery are attached hereto as **Exhibit B**.

7.    On or about July 21, 2007, Express Pacific delivered $82,800.00 of fuel to IDK, pursuant to contract. True and correct copies of the invoice and fuel confirmation for this delivery are attached hereto as **Exhibit C**.

8.    As part of and in reliance on its agreements with IDK, Express Pacific incurred significant liabilities in providing bunker fuel and other services to IDK managed vessels.

9.    Though IDK has made periodic payments to Express Pacific for fuel supplied, as of August 20, 2007, IDK owed Express Pacific $179,988.00 for fuel provided by Express Pacific, not

COMPLAINT FOR BREACH
OF CONTRACT - 2

**Harris & Moore**
*A Professional Limited Liability Corporation*
720 Olive Way, Suite 1000
Seattle, WA  98101
Phone: (206) 224-5657
Fax: (206) 224-5659

including interest. A true and correct copy of IDK's Statement of Account with Express Pacific is attached hereto as **Exhibit D**.

10. Pursuant to its contracts with Express Pacific, IDK is required to pay Express Pacific interest at the rate of 2% per month, on amounts past due.

11. Despite numerous requests for payment by Express Pacific to IDK, defendant IDK refuses to pay Express Pacific the money owed.

## IV.  CAUSE OF ACTION

### Breach of Contract

12. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1 through 11 above, as though fully set forth herein.

13. Defendant IDK breached its contracts with Express Pacific by failing to pay for the fuel provided by Express Pacific to IDK.

14. Plaintiff Express Pacific has been damaged by defendant IDK's breaches of contract, which entitles Express Pacific to the remedies set forth in its contracts with IDK and to any other remedies permitted by law or in admiralty.

## V.  PRAYER FOR RELIEF

WHEREFORE, plaintiff Express Pacific, LLC prays for relief against defendant IDK as follows:

1. Judgment against defendant IDK, in the amount of $179,988.00, plus pre-judgment interest commencing after August 20, 2007, plus post-judgment interest and costs;

2. For Express Pacific's attorneys' fees, costs and other expenses incurred in connection with this proceeding;

3. For such other legal and equitable relief as this Court deems just and proper.

COMPLAINT FOR BREACH
OF CONTRACT - 3

**Harris & Moure**
*A Professional Limited Liability Corporation*
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone: (206) 224-5657
Fax: (206) 224-5659

1

2  DATED this 23rd day of January, 2008.

3

4

5                                      HARRIS & MOURE, pllc

6

7                                      By _____
                                          Daniel P. Harris, WSBA # 16778
8                                         Nadja Vietz, WSBA #38605
                                          Attorneys for Plaintiff Express Pacific, LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT FOR BREACH
OF CONTRACT - 4

**Harris & Moure**
*A Professional Limited Liability Corporation*
720 Olive Way, Suite 1000
Seattle, WA 98101
Phone: (206) 224-5657
Fax: (206) 224-5659

# Exhibit A

# EXPRESS PACIFIC, LLC

7923 E MERCER WAY, MERCER ISLAND, WA 98040
PHONE: 206-601-7016, FAX: 206-275-0122, EMAIL: SPICEREXPAC@MSN.COM

April 3, 2007

## SALES AGREEMENT

By this contract we agree on terms of delivery and sale of fuel by Express Pacific, LLC
(the Seller) to the Buyer, according to the law of the United States concerning offshore
operations.

| | |
|---|---|
| Buyer: | OOO " IDK Co.". (as principal, agent, or operator of the Vessel) |
| Name of Vessel: | MYS KOMMUNAROV |
| Product: | MGO |
| Quantity: | 200MT |
| Price: | $605.00/MT |
| Port: | Pusan |
| Date of Delivery: | April 3-7, 2007 |
| Terms of Payment: | Net 30 days |

Determination of Quantity:  The exact quantity is to be determined by the respective
bunker delivery receipts. These are to be based on joint flow meter/ullage readings on
board the tanker, before and after bunkering.

Determination of Quality:  Inspection shall be conducted at the loading port by
independent inspector, whose report shall be conclusive and binding on both parties.

Title and Risk:  The title to and risks of products shall pass to buyer at the bunkering
location at the time when the product passes the flange connection of the loading line to
the trawler's intake valve.

Terms of Payment:  Payment to be made to the following bank account:

1

Key Bank National Association
2731 77Ave.S.E. Mercer Island, WA 98040
Routing No: 125000574
Account of: Express Pacific, LLC
Account No: 471771008896
SWIFT Code: KEYBUS33

If Buyer does not make payment in accordance with above terms, it agrees to pay, in addition to the balance in full, interest on the overdue amount at the rate of 2.0% per month until both principal and interest are paid in full.

Governing Law:  This agreement, as well as the sale of product hereunder, shall be deemed made in Seattle, Washington, United States, regardless of where product is physically supplied.  The validity, construction, and performance of this agreement and any such sale shall be governed by the substantive laws of the State of Washington or of the United States of America, whichever controls, including without limitation the U.S. law regarding maritime liens, 46 U.S.C. section 31341-31343 not including, however, the rules relating to choice or conflicts of law.  Seller and Buyer agree that the place of making and of performance is Seattle, Washington, United States of America.

Buyer agrees that any suit or action buy Seller to enforce this agreement or any rights arising under this agreement may be brought in any court of competent jurisdiction in the United States of America, Russia, or elsewhere, and Buyer agrees to the jurisdiction of the court selected by Seller.

Transshipment clause:  Liabilities for any damages to hull and/or equipment of both the tanker and the trawler during bunkering operations, both alongside and stern/bow, to be mutually exempted.

This contract is valid if signed via facsimile.

Seller                                                                           Buyer

Marina Spice                                                              A.V. Ivanov
Express Pacific                                                           General Director
                                                                                      EFA Co., LTD

2

# EXPRESS PACIFIC, LLC

7923 E MERCER WAY, MERCER ISLAND, WA 98040
PHONE: 206-601-7016, FAX: 206-275-0122, EMAIL: SPICEREXPAC@MSN.COM

## СОГЛАШЕНИЕ О ПОСТАВКЕ ТОПЛИВА

3 Апреля 2007г.

Настоящим договариваемся об условиях поставки топлива компанией Express Pacific, LLC в дальнейшем Поставщик, зарегистрированного в соответствии с законами США, Судовладельцу. Соглашение составлено в соответствии с общими сроками и условиями поставки, которыми руководствуется Поставщик и которые могут быть предоставлены (если до сих пор не предоставлены) Судовладельцу по его требованию.
Правом собственности на поставляемый товар владеет Express Pacific, LLC

| | |
|---|---|
| Судовладелец: | ООО »Компания ИДК« |
| Судно-получатель: | «Мыс Коммунаров» |
| Вид продукта: | MGO |
| Количество: | 200 тонн |
| Цена за 1 тонну: | 605.00 долларов США |
| Дата доставки: | 3-7 Апреля 2007 года |
| Место доставки: | порт Пусан |
| Сроки оплаты: | в течение 30 дней после поставки |

Определение количества: Точное количество определяется в соответствующем коносаменте (бункеровочной расписке) на основе показаний установленного на танкере счетчика, снятых до и после доставки.

Определение качества: Проверка качества осуществляется в порту отправления независимым контролером, чей отчет является окончательным и обязательным для обеих сторон.

Право собственности и ответственность за сохранность груза: Право собственности на топливо и ответственность за его сохранность переходят к Судовладельцу в месте доставки топлива, после того, как оно было перелито в топливоприемный фланец судна-получателя.

Оплата: Оплата производится в вышеоговоренные сроки без зачетов и контртребований телеграфным переводом на адрес:

Key Bank National Association
2731 77Ave.S.E. Mercer Island, WA 98040
Routing No: 125000574
Account of: Express Pacific, LLC
Account No: 471771008896
SWIFT Code: KEYBUS33

При задержке оплаты взимается штраф по максимально допустимой законом ставке или из расчета 2,0 % в месяц, в зависимости от того, что меньше.

Ответственность перед законом: Настоящее соглашение и продажа товара должны быть признаны и выполнены в Сиэтле, штате Вашингтон, Соединенных Штатов Америки, независимо от того, откуда поставлен товар. Соглашение и поставка товара регулируются законодательством Соединенных Штатов Америки, также как и Морским Правом Соединенных Штатов Америки, 46 кодексом Соединенных Штатов 31341-31343, за исключением правил, связанных с коллизиями правовых норм. Настоящим Судовладелец выражает согласие с тем, что претворение соглашения в жизнь и исполнение прав, включая право наложения запрета, может быть осуществлено решением любого из судов Соединенных Штатов, и признает личную ответственность перед таким судом. В частности, Судовладелец признает личную ответственность перед окружным Судом Соединенных Штатов Западного Округа Штата Вашингтон. Поставщик может, по своему усмотрению, принять решение о том предъявлять ли иск в один из судов Соеднненных Штатов или в любой другой компетентный суд за пределами Соединенных Штатов, в чьей юрисдикции находятся либо Судовладелец, либо судно-получатель.

Подписав документ, стороны тем самым подтверждают свое согласие с выше упомянутыми условиями и сроками соглашения.

Поставщик                                                Получатель

Марина Трансер                                           А.В. Иванов
Менаджер                                                 Генеральный директор
Express Pacific LLC                                      Компания ИДК

# EXPRESS PACIFIC, LLC

7923 E MERCER WAY, MERCER ISLAND, WA 98040
PHONE: 206-601-7016, FAX: 206-275-0122, EMAIL: SPICEREXPAC@MSN.COM

July 20, 2007

## SALES AGREEMENT

By this contract we agree on terms of delivery and sale of fuel by Express Pacific, LLC
(the Seller) to the Buyer, according to the law of the United States concerning offshore
operations.

| | |
|---|---|
| Buyer: | OOO " IDK Co.". (as principal, agent, or operator of the Vessel) |
| Name of Vessel: | ANATOLIY TORCHINOV |
| Product: | MGO |
| Quantity: | 120MT |
| Price: | $690.00/MT |
| Place of Supply: | North Kurils area, Sea of Okhotsk |
| Date of Delivery: | July 21-23, 2007 |
| Terms of Payment: | Net 30 days |
| Tanker: | tanker NOVIK, Russian Flag, open boarder |

Determination of Quantity: The exact quantity is to be determined by the respective
bunker delivery receipts. These are to be based on joint flow meter/ullage readings on
board the tanker, before and after bunkering.

Determination of Quality: Inspection shall be conducted at the loading port by
independent inspector, whose report shall be conclusive and binding on both parties.

Title and Risk: The title to and risks of products shall pass to buyer at the bunkering
location at the time when the product passes the flange connection of the loading line to
the trawler's intake valve.

Terms of Payment: Payment to be made to the following bank account:

1

Key Bank National Association
2731 77Ave.S.E. Mercer Island, WA 98040
Routing No: 125000574
Account of: Express Pacific, LLC
Account No: 471771008896
SWIFT Code: KEYBUS33

If Buyer does not make payment in accordance with above terms, it agrees to pay, in addition to the balance in full, interest on the overdue amount at the rate of 2.0% per month until both principal and interest are paid in full.

Governing Law:  This agreement, as well as the sale of product hereunder, shall be deemed made in Seattle, Washington, United States, regardless of where product is physically supplied.  The validity, construction, and performance of this agreement and any such sale shall be governed by the substantive laws of the State of Washington or of the United States of America, whichever controls, including without limitation the U.S. law regarding maritime liens, 46 U.S.C. section 31341-31343 not including, however, the rules relating to choice or conflicts of law.  Seller and Buyer agree that the place of making and of performance is Seattle, Washington, United States of America.

Buyer agrees that any suit or action buy Seller to enforce this agreement or any rights arising under this agreement may be brought in any court of competent jurisdiction in the United States of America, Russia, or elsewhere, and Buyer agrees to the jurisdiction of the court selected by Seller.

Transshipment clause:  Liabilities for any damages to hull and/or equipment of both the tanker and the trawler during bunkering operations, both alongside and stern/bow, to be mutually exempted.

This contract is valid if signed via facsimile.


Seller                                                           Buyer


Marina Spr...                                       A.V. Ivanov
Express Pacific LLC                                 General Director
                                                    EFA Co., LTD

2

# EXPRESS PACIFIC, LLC

7923 E MERCER WAY, MERCER ISLAND, WA 98040
PHONE: 206-601-7016, FAX: 206-275-0122. EMAIL: SPICEREXPAC@MSN.COM

## СОГЛАШЕНИЕ О ПОСТАВКЕ ТОПЛИВА

20 Июля 2007г.

Настоящим договариваемся об условиях поставки топлива компанией Express Pacific, LLC в дальнейшем Поставщик, зарегистрированного в соответствии с законами США, Судовладельцу. Соглашение составлено в соответствии с общими сроками и условиями поставки, которыми руководствуется Поставщик и которые могут быть предоставлены (если до сих пор не предоставлены) Судовладельцу по его требованию.

Правом собственности на поставляемый товар владеет Express Pacific, LLC

| | |
|---|---|
| Судовладелец: | ООО »Компания ИДК« |
| Судно-получатель: | «АНАТОЛИЙ ТОРЧИНОВ» |
| Вид продукта: | MGO |
| Количество: | 120 тонн |
| Цена за 1 тонну: | 690.00 долларов США |
| Дата доставки: | 21-23 Июля 2007 года |
| Место доставки: | район Средних Курил |
| Сроки оплаты: | в течение 30 дней |
| Танкер-поставщик: | танкер НОВИК,флаг РФ, открытая граница, Или заменяющий танкер танкер УЛЛИС,флаг РФ, открытая граница, |

872 762 608/93

**Определение количества:** Точное количество определяется в соответствующем коносаменте (бункеровочной расписке) на основе показаний устновленного на танкере счетчика, снятых до и после доставки.

**Определение качества:** Проверка качества осуществляется в порту отправления независимым контролером, чей отчет является окончательным и обязательным для обеих сторон.

**Право собственности и ответственность за сохранность груза:** Право собственности на топливо и ответственность за его сохранность переходят к Судовладельцу на месте доставки топлива, после того, как оно было перелито в топливозаборочный танец судна-получателя.

<u>Оплата:</u> Оплата производится в вышеоговоренные сроки без зачетов и контртребований телеграфным переводом на адрес:

Key Bank National Association
2731 77Ave.S.E. Mercer Island, WA 98040
Routing No: 125000574
Account of: Express Pacific, LLC
Account No: 471771008896
SWIFT Code: KEYBUS33

При задержке оплаты взимается штраф по максимально допустимой законом ставке или из расчета 2,0 % в месяц, в зависимости от того, что меньше.

<u>Ответственность перед законом:</u> Настоящее соглашение и продажа товара должны быть признаны и выполнены в Сиэтле, штате Вашингтон, Соединенных Штатов Америки, независимо от того, откуда поставлен товар. Соглашение и поставка товара регулируются законодательством Соединенных Штатов Америки, также как и Морским Правом Соединенных Штатов Америки, 46 кодексом Соединенных Штатов 31341-31343, за исключением правил, связанных с коллизиями правовых норм. Настоящим Судовладелец выражает согласие с тем, что претворение соглашения в жизнь и исполнение прав, включая право наложения запрета, может быть осуществлено решением любого из судов Соединенных Штатов, и признает личную ответственность перед таким судом. В частности, Судовладелец признает личную ответственность перед окружным Судом Соединенных Штатов Западного Округа Штата Вашингтон. Поставщик может, по своему усмотрению, принять решение о том предъявлять ли иск в один из судов Соединенных Штатов или в любой другой компетентный суд за пределами Соединенных Штатов, в чьей юрисдикции находятся либо Судовладелец, либо судно-получатель.

Подписав документ, стороны тем самым подтверждают свое согласие с выше упомянутыми условиями и сроками соглашения.

Поставщик                                    Получатель

Марина Офицер                                А.В. Иванов
Менаджер                                      Генеральный директор
Express Pacific                               Компания ИДК

# Exhibit B

**Express Pacific, LLC**
7923 E.Mercer Way
Mercer Island, WA 98040, USA

**COMMERCIAL INVOICE**

| Page No. | Invoice No. | Apply To | Invoice Date | Cust. No. |
|---|---|---|---|---|
| 1 | 21007 | | Apr 10, 07 | 14208 |

WIRE TRANSFER FUNDS TO:

KEY BANK National Association
2731 77Ave.SE, Mercer Island, WA 98040
ABA # 125000574
SWIFT CODE: KEYBUS33
A/C - EXPRESS PACIFIC, LLC.
A/C - 471771008896

M/V Mys Kommunarov and/or her owners/ operators
IDK Co.,LTD

| LIFT DATE | DUE DATE | VESSEL | | LOCATION | TERMS |
|---|---|---|---|---|---|
| **Apr 6,07** | **May 5,07** | **MYS KOMMUNAROV** | | **port BUSAN** | **60DDT** |
| CONTRACT NO. | | | ORDER NO. | | TERRITORY |
| | | | | | |

| PRODUCT | QTY SHIPPED MT | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **MARINE GASOIL** | **200.00** | **$605.00** | **$121,000.00** |



| | NET INVOICE AMOUNT | $121,000.00 |
|---|---|---|
| A CHARGE OF 2.0% PER MONTH PRO-RATA WILL BE APPLIED | STATE SALES TAX | |
| APPLIED ON AMOUNTS NOT RECEIVED ON DUE DATE | INVOICE TOTAL | $121,000.00 |

## Bunker Delivery Note

Name and IMO number of Vessel **MYS KOMMUNAROV (7821910)**

| | |
|---|---|
| Purchaser | **K.D MARINE** |
| Port of delivery | **BUSAN, KOREA** |
| Date of delivery | **2007.    04    6** |
| Delivery lighter | **남보** |
| Service Supplier | **KUK DONG MARINE CO., LTD** |

| | |
|---|---|
| Order No. | **2007-01-1338913** |
| Along-side | *19:35* |
| Started Loading | *18:45* |
| Finished Loading | *22:30* |

| Commodities | | **M G O** | | |
|---|---|---|---|---|
| Package | | **BULK** | | |
| Quantity | Metric Ton | **200M/T** | | |
| | Liter | **231,777L** | | |
| Density @ 15℃ | kg/m³ | **862.0** | | |
| Viscosity @ 50℃ | cSt | **5.821** | | |
| Flash Point | PMCC ℃ | **101** | | |
| Sulfur Content | Wt % | **1.38** | | |
| Water Content | VOL % | **0.00** | | |
| Sample Sealing No. | | *27-117* | *70942* | |
| Remarks | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

We delivered the above quantity stated

**HYUNDAI OILBANK CO.,LTD.**

REPRESENTATIVE

We received the above quantity in good condition.

M/S

CHIEF ENGINEER

A declaration signed and certified by the fuel oil supplier's representative that the fuel oil supplied is in conformity with regulation 14(1) or (4)(a) and regulation 18(1) of MARPOL 73/78 Annex VI.

Exhibit C

**Express Pacific, LLC**
7923 E.Mercer Way
Mercer Island, WA 98040, USA

**COMMERCIAL INVOICE**

| Page No. | Invoice No. | Apply To | Invoice Date | Cust. No. |
|----------|-------------|----------|--------------|-----------|
| 1 | 102507 | | Nov 25,07 | 14208 |

WIRE TRANSFER FUNDS TO:

KEY BANK National Association
2731 77Ave.SE, Mercer Island, WA 98040
ABA # 125000574
SWIFT CODE: KEYBUS33
A/C - EXPRESS PACIFIC, LLC.
A/C - 471771008896

M/V ANATOLIY TORCHINOV and/or her owners/ operators
IDK Co.,LTD

| LIFT DATE | DUE DATE | VESSEL | LOCATION | TERMS |
|-----------|----------|--------|----------|-------|
| Jul 21,07 | Aug 20,07 | ANATOLIY TORCHINOV | SOO | 30DDT |
| CONTRACT NO. | | ORDER NO. | | TERRITORY |

| PRODUCT | QTY SHIPPED MT | UNIT PRICE | AMOUNT |
|---------|----------------|------------|--------|
| **MARINE GASOIL** | 120.00 | $690.00 | $82,800.00 |
| **INTEREST 2% per month as of Nov 1, 2007** | | | $4,140.00 |

A CHARGE OF 2.0% PER MONTH PRO-RATA WILL BE APPLIED
APPLIED ON AMOUNTS NOT RECEIVED ON DUE DATE

| | |
|---|---|
| NET INVOICE AMOUNT | $86,940.00 |
| STATE SALES TAX | |
| INVOICE TOTAL | $86,940.00 |

Express Pacific LLC
SEAL
2004
Washington USA

**...VERY RECEIPT № / 04/ 07**

**DATE 21.07.2007 г.**

Physical Supplier / Поставщик

Customer / Получатель

ООО "Нико"

ООО "Компания ИДК"

Vessel's name  РТМ "Анатолий Торчинов"  Flag  Россия   Port of Supply шир. =47 23.5N
долг.=151 25.8E.

(Наименование нефтепродукта)

| Bill of Lading (Коносамент) № | | TCM | | |
|---|---|---|---|---|
| | | Net Quantity, mt. (Количество, мт.) | 120,000 тн (сто двадцать тонн 00 кг) | |
| Tanker alongside (Ошвартован) | 15.10 | Density, kg/m³ at 20°C (плотность) | | According to the passport of quality (согласно паспорта качества. |
| Pumping Started (Начало работы) | 16.10 | Viscosity, cst at 20°C (вязкость) | | |
| Pumping Finished (Конец работы) | 19.00 | Flash Point, °C (темп.вспышки) | | |
| Tanker away (Отшвартован) | 19.30 | Sulphur, % (сера) | | |
| Retained Sample № (№ пробы) | | Water, % (вода) | | |

I hereby certify that the due quantities of declared petroleum products have been received by me and filled into the tanks/engines of my vessel. I am fully aware that the quantities of declared petroleum products are supplied to my vessel as sea stores, without payment of duty, and shall be used solely by my vessel. I understand that a breach of this condition is an infringement, and I hereby take the responsibility for any violation of this statement.

Настоящим подтверждаю, что мною получено и залито в танки машинного отделения надлежащее количество заявленных нефтепродуктов. Я полностью осознаю, что полученное количество заявленных нефтепродуктов принято как судовой запас, без уплаты таможенной пошлины, и будет использовано исключительно для нужд моего судна. Я понимаю, что невыполнение данного условия рассматривается как нарушение, и настоящим беру на себя ответственность за уклонение от выполнения данного утверждения.

РТМ "Анатолий Торчинов"
Vessel's Name

/ А. Васильев /
Signature of Chief Engineer  Full Name in Block Letters

I hereby acknowledge receipt of the specified bunker in due quantity and one bottle of oil sample sealed and signed.

Stamp
I hereby confirm delivery of the specified bunker in due quantity/

Настоящим подтверждаю получение указанного бункерного топлива в надлежащем количестве и одного запечатанного и подписанного образца полученного топлива.

Настоящим подтверждаю доставку указанного бункерного топлива в надлежащем количестве.

For the account of the Master and on behalf of owners/charterers of (от имени Капитана и по поручению судовладельца/фрахтователя)

M.V. РТМ "Анатолий Торчинов"

Chief Engineer

А.Васильев

Supplier
(Поставщик "Улисс"

Cargo Officer

/ Д. Чурков /

# Exhibit D

BALANCE "DK Company" as for November 1, 2007

| vessel name/ Port of Supply | Delivery date | Invoice Amount | Due day | Payment Date/ Amount | Payment Date/Amount | Payment Date/Amount | Interest Due | Payment Amount Paid | Balance | Past Due Payments |
|---|---|---|---|---|---|---|---|---|---|---|
| MYS KOMMUNAROV /Busan | Feb 3,2007 | 197,750.00 | Apr 1, 07 | Mar 5,07/$40,000 | Mar 29,07/$70,000 | May 31,07/$100,000 | 3,600.000 | 201,350.00 | -8,650.000 | |
| MYS KOMMUNAROV /Busan | Feb 2,2007 | 8,740.00 | Mar 2, 07 | | | May 31,07/$8,650.00 | | 8,650.00 | | |
| A.TORCHINOV /Busan | Mar 6,2007 | 27,800.00 | Apr 19,07 | | | Oct 30, 2007/$70,000 | 3,706.670 | 31,506.67 | -38,493.330 | |
| A.TORCHINOV /Busan | Mar 7,2007 | 86,250.00 | Apr 20,07 | | July 27,07/$83,000 | Aug 13,2007/$6,700 | 3,450.000 | 89,700.00 | | |
| MYS KOMMUNAROV /Busan | Apr 6,07 | 121,000.00 | May 5,07 | | | Oct 30, 2007/,38,493. | 14,681.330 | 38,493.33 | | 97,188.000 |
| A.TORCHINOV /SOO | Jul 6,07 | 48,300.00 | Jul 6,2007 | Jul 6,2007/$50,000 | | | | 50,000.000 | | 0.000 |
| A.TORCHINOV /SOO | Jul 21,2007 | 82,800.00 | Aug 20,07 | | | | 4,250.400 | | | 87,050.400 |
| | | | | | | | | $419,700 | | 184,238.400 |

Express Pacific LLC — SEAL — 2004 — Washington USA